# In the
# United States Bankruptcy Court
## For the Northern District of Illinois

| | |
|---|---|
| IN RE:<br><br>CHERM NELSON,<br><br>DEBTOR. | EASTERN DIVISION<br>HON. JACQUELINE P. COX<br><br>CASE NO. 18-16860<br>CHAPTER 13 |

# NOTICE OF APPEAL

The City of Chicago, by its undersigned counsel, appeals the below-described and attached order, entered in the above-captioned case.

### Part 1: Identify the appellant

Name of appellant: The City of Chicago

Position of appellant: Creditor

### Part 2: Identify the subject of this appeal

Judgment, order or decree appealed from: Order on Motion to Modify Plan and Motion to Determine Amount of Secured Claim (Dockets 27 and 28). Attached.

Date of entry: 7/01/2021

### Part 3: Identify other parties to the appeal

| Party | Counsel |
|---|---|
| The City of Chicago, Appellant. | Charles A. King<br>Assistant Corporation Counsel – Senior<br>Jaime Dowell<br>Assistant Corporation Counsel<br>121 N. LaSalle St., Ste. 400<br>Chicago, IL  60602<br>p. 312.742.0019<br>e. chuck.king@cityofchicago.org |
| Cherm Nelson Appellee. | Michael C. Burr<br>Alfredo J Garcia<br>Borges and Wu, LLC<br>105 W. Madison St., 23rd Fl.<br>Chicago, IL  60602<br>p. 312-853-0200<br>e. notice@billbusters.com |

DATED: 7/13/2021

RESPECTFULLY SUBMITTED,

**THE CITY OF CHICAGO**

Celia Meza
Corporation Counsel

By: /s/ Jaime Dowell
    Asst. Corp. Counsel

Celia Meza, Corporation Counsel
Charles A. King (ARDC 6216362)
Assistant Corporation Counsel – Senior
Jaime Dowell (ARDC 6281312)
Assistant Corporation Counsel
**CITY OF CHICAGO DEPARTMENT OF LAW**
121 N LaSalle St., Ste. 400
Chicago, IL 60602
p. 312-742-0056
e. jaime.dowell@cityofchicago.org