# U.S. Bankruptcy Court
# Northern District of Illinois (Eastern Division)
# Bankruptcy Petition #: 18-16860
### Internal Use Only

|  |  |
|---|---|
| *Assigned to:* Honorable Judge Jacqueline P. Cox | *Date filed:* 06/13/2018 |
| Chapter 13 | *Plan confirmed:* 08/06/2018 |
| Voluntary | *341 meeting:* 07/30/2018 |
| Asset | *Deadline for filing claims:* 08/22/2018 |
|  | *Deadline for filing claims (govt.):* 12/10/2018 |

*Debtor 1*      represented by **Michael C Burr**
**Cherm Nelson**      Borges and Wu, LLC
3311 W. Warren Blvd.      105 W. Madison, 23rd Floor
3rd Floor      Chicago, IL 60602
Chicago, IL 60624      312-853-0200
COOK-IL      Fax : 312-873-4693
SSN / ITIN: 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      Email: notice@billbusters.com

     **Alfredo J Garcia**
     Borges and Wu, LLC
     105 W. Madison
     23rd Floor
     Chicago, IL 60602
     312-853-0200
     Fax : 312-873-4693
     Email: notice@billbusters.com

*Trustee*
**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900
*TERMINATED: 11/27/2020*

*Trustee*
**M.O. Marshall**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900

*U.S. Trustee*
**Patrick S Layng**

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 06/13/2018 | 1 | Chapter 13 Voluntary Petition for an Individual Fee Amount $310, Filed by Alfredo J Garcia on behalf of Cherm Nelson Chapter 13 Plan due by 06/27/2018. (Attachments: # 1 Signature Pages) (Garcia, Alfredo) (Entered: 06/13/2018) |
| 06/13/2018 | 2 | Chapter 13 Plan and (1) Request(s) for Valuation of Security, and (1) Request(s) for Assumption of Executory Contracts and Unexpired Leases Filed by Alfredo J Garcia on behalf of Cherm Nelson. (Garcia, Alfredo) (Entered: 06/13/2018) |
| 06/13/2018 | 3 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years (Form 122C-1) Disposable Income Is Not Determined Filed by Alfredo J Garcia on behalf of Cherm Nelson. (Garcia, Alfredo) (Entered: 06/13/2018) |
| 06/13/2018 | 4 | Statement About Your Social Security Numbers Filed by Alfredo J Garcia on behalf of Cherm Nelson. (Garcia, Alfredo) (Entered: 06/13/2018) |
| 06/13/2018 | 5 | Certificate of Credit Counseling Filed by Alfredo J Garcia on behalf of Cherm Nelson. (Garcia, Alfredo) (Entered: 06/13/2018) |
| 06/13/2018 | 6 | Meeting of Creditors with 341(a) meeting to be held on 07/17/2018 at 03:00 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. Confirmation hearing to be held on 08/06/2018 at 10:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Proof of Claim due by 08/22/2018. Government Proof of Claim due by 12/10/2018. Objection to Dischargeability due by 09/17/2018. (Garcia, Alfredo) (Entered: 06/13/2018) |
| 06/14/2018 | 7 | Notice of Debtor's Prior Filings<br><br>\| Debtor \| Case No \| Note \| |

|  |  |  |
|---|---|---|
|  | | Cherm Nelson | 06-08985 | Ch7 filed in Illinois Northern Bankruptcy on 07/27/2006, Standard Discharge on 10/30/2006 | | (Admin) (Entered: 06/14/2018) |
| 06/14/2018 | 8 | Receipt of Voluntary Petition (Chapter 13)(18-16860) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 37441909. Fee Amount $ 310.00 (re:Doc# 1) (U.S. Treasury) (Entered: 06/14/2018) |
| 06/14/2018 | 9 | Notice of Chapter 13 Bankruptcy Case . (Collopy-Norris, Katherine) (Entered: 06/14/2018) |
| 06/15/2018 | 10 | Proposed Order to Employer to Pay the Trustee Filed by Alfredo J Garcia on behalf of Cherm Nelson. (Garcia, Alfredo) (Entered: 06/15/2018) |
| 06/16/2018 | 11 | BNC Certificate of Notice - Meeting of Creditors. (RE: 9 Notice of Chapter 13 Bankruptcy Case). No. of Notices: 12. Notice Date 06/16/2018. (Admin.) (Entered: 06/16/2018) |
| 06/16/2018 | 12 | BNC Certificate of Notice - PDF Document. (RE: 2 Chapter 13 Plan/Amended Plan). No. of Notices: 13. Notice Date 06/16/2018. (Admin.) (Entered: 06/16/2018) |
| 06/18/2018 | 13 | Order to Employer to Pay the Trustee . Signed on 6/18/2018 (O'Neal, Michelle) (Entered: 06/18/2018) |
| 06/29/2018 | 14 | Personal Financial Management Course for Debtor. (Hamblin, Erin) (Entered: 06/29/2018) |
| 07/16/2018 | 15 | Notice of Motion and Application for Compensation for Alfredo J Garcia, Debtor's Attorney, Fee: $4,000.00, Expenses: $0.00. Filed by Alfredo J Garcia. Hearing scheduled for 8/6/2018 at 10:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Court-Approved Retention Agreement) (Garcia, Alfredo) (Entered: 07/16/2018) |
| 07/18/2018 | 16 | Statement Adjourning Meeting of Creditors. Section 341(a) Meeting Continued on 7/30/2018 at 12:30 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. (Vaughn, Tom) (Entered: 07/18/2018) |

| | | |
|---|---|---|
| 07/31/2018 | 17 | Meeting of Creditors Held (Vaughn, Tom) (Entered: 07/31/2018) |
| 08/06/2018 | 18 | Order Modifying Chapter 13 Plan (RE: 2 Chapter 13 Plan/Amended Plan). Signed on 8/6/2018 (Roman, Felipe) (Entered: 08/07/2018) |
| 08/06/2018 | 19 | Order Confirming Chapter 13 Plan (RE: 2 Chapter 13 Plan/Amended Plan). Signed on 8/6/2018 (Roman, Felipe) (Entered: 08/09/2018) |
| 08/06/2018 | 20 | Order Granting Application For Compensation (Related Doc # 15). Alfredo J Garcia, fees awarded: $4000.00, expenses awarded: $0.00. Signed on 8/6/2018. (Roman, Felipe) (Entered: 08/09/2018) |
| 08/13/2018 | | (private) *** Statistics Reporting *** Motion to Assume or Reject Contract/Leases (CM06). (RE: related document(s) 2 ) Chapter 13 Plan (admin) (Entered: 08/13/2018) |
| 08/13/2018 | | (private) *** Statistics Reporting *** Motion for Valuation of Security (CM27). (RE: related document(s) 2 ) Chapter 13 Plan (admin) (Entered: 08/13/2018) |
| 08/13/2018 | | (private) Reporting CM06 and CM07 (RE: Motion to Assume Contract/Leases (CM06)). Signed on 08/13/2018 (AutoDocket) (Entered: 08/13/2018) |
| 08/13/2018 | | (private) Valuation Less Than Secured Amount (RE: Motion for Valuation of Security(CM27)). Signed on 08/13/2018 (AutoDocket) (Entered: 08/13/2018) |
| 08/26/2019 | 21 | Notice of Motion and Motion to Dismiss Debtor for Failure to Turnover Tax Return and Refund Filed by Tom Vaughn Hearing scheduled for 9/30/2019 at 9:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Vaughn, Tom) (Entered: 08/26/2019) |
| 09/30/2019 | 22 | (E)Order Withdrawing Trustee's Motion To Dismiss (Related Doc # 21 ). Signed on 09/30/2019. (Green, Josephine) (Entered: 09/30/2019) |
| 08/27/2020 | 23 | Notice of Motion and Motion to Dismiss Debtor for Failure to Turnover Tax Return Filed by Tom Vaughn Hearing scheduled |

| | | |
|---|---|---|
| | | for 9/14/2020 at 9:00 AM at Appear by Telephone. (Attachments: # 1 Proposed Order) (Vaughn, Tom) (Entered: 08/27/2020) |
| 09/14/2020 | 24 | (E)Order Withdrawing Trustee's Motion To Dismiss (Related Doc # 23 ). Signed on 09/14/2020. (Green, Josephine) (Entered: 09/14/2020) |
| 11/27/2020 | 25 | Appointment of Successor Chapter 13 Standing Trustee. Because of the death of Chapter 13 Standing Trustee Tom Vaughn, the United States Trustee has appointed Marilyn O. Marshall as successor trustee in all of Trustee Vaughn's pending cases, effective November 27, 2020. All of Trustee Vaughn's pending cases are transferred to Trustee Marshall. Under Bankruptcy Rule 2012(b), Trustee Marshall must prepare and file a separate accounting in each case within 30 days of the date of transfer. Each accounting must include a certificate of service and must be served on the debtor(s) and their attorney. Filed by U.S. Trustee Patrick S Layng (ilnbadi) (Entered: 12/02/2020) |
| 12/19/2020 | 26 | Chapter 13 Standing Trustee FRBP 2012 Report Accounting of Prior Administration of Case with Certificate of Service. (Marshall, M.O.) (Entered: 12/19/2020) |
| 02/20/2021 | 27 | Notice of Motion and Motion to Modify Plan Filed by Michael C Burr on behalf of Cherm Nelson. Hearing scheduled for 3/15/2021 at 09:00 AM at Appear using Zoom for Government. (Attachments: # 1 Proposed Order # 2 Attachment List of creditors served) (Burr, Michael) (Entered: 02/20/2021) |
| 02/20/2021 | 28 | Notice of Motion and Motion to Determine Amount of Secured Claim 1. Value of the property is less than the amount of the secured claimed. Filed by Michael C Burr on behalf of Cherm Nelson. Hearing scheduled for 3/15/2021 at 09:00 AM at Appear using Zoom for Government. (Attachments: # 1 Proposed Order # 2 Exhibit City of Chicago Claim # 3 Exhibit NADA Value) (Burr, Michael) (Entered: 02/20/2021) |
| 03/10/2021 | 29 | Notice of Objection Filed by Jaime Dowell on behalf of City Of Chicago (RE: 27 Motion to Modify Plan). (Dowell, Jaime) (Entered: 03/10/2021) |

| | | |
|---|---|---|
| 03/10/2021 | 30 | Notice of Objection Filed by Jaime Dowell on behalf of City Of Chicago (RE: 28 Motion to Determine Amount of Secured/Priority Claim). (Dowell, Jaime) (Entered: 03/10/2021) |
| 03/15/2021 | 31 | (E)Hearing Continued (RE: 27 Modify Plan). hearing scheduled for 03/29/2021 at 10:00 AM at Appear using Zoom for Government. Response due on or before 03/27/2021.. Signed on 03/15/2021. (Green, Josephine) (Entered: 03/15/2021) |
| 03/15/2021 | 32 | (E)Hearing Continued (RE: 28 Determine Amount of Secured/Priority Claim (Rule 3012)). hearing scheduled for 03/29/2021 at 10:00 AM at Appear using Zoom for Government. Response due on or before 03/27/2021.. Signed on 03/15/2021. (Green, Josephine) (Entered: 03/15/2021) |
| 03/26/2021 | 33 | Response to (related document(s): 28 Motion to Determine Amount of Secured/Priority Claim) Filed by Jaime Dowell on behalf of City Of Chicago (Dowell, Jaime) (Entered: 03/26/2021) |
| 03/26/2021 | 34 | Response to (related document(s): 27 Motion to Modify Plan) Filed by Jaime Dowell on behalf of City Of Chicago (Dowell, Jaime) (Entered: 03/26/2021) |
| 03/29/2021 | 35 | (E)Hearing Continued (RE: 27 Modify Plan). Evidentiary hearing scheduled for 05/03/2021 at 11:00 AM at Appear using Zoom for Government.. Signed on 03/29/2021. (Green, Josephine) (Entered: 03/29/2021) |
| 03/29/2021 | 36 | (E)Hearing Continued (RE: 28 Determine Amount of Secured/Priority Claim (Rule 3012)). hearing scheduled for 05/03/2021 at 11:00 AM at Appear using Zoom for Government.. Signed on 03/29/2021. (Green, Josephine) (Entered: 03/29/2021) |
| 04/20/2021 | 37 | Reply in Support to (related document(s): 28 Motion to Determine Amount of Secured/Priority Claim) Filed by Michael C Burr on behalf of Cherm Nelson (Burr, Michael) (Entered: 04/20/2021) |

| | | |
|---|---|---|
| 05/13/2021 | 38 | Order Scheduling Requesting Parties to Address an Issue (RE: 27 Motion to Modify Plan, 28 Motion to Determine Amount of Secured/Priority Claim). Brief due by 6/3/2021. Signed on 5/13/2021 (Roman, Felipe) (Entered: 05/13/2021) |
| 06/02/2021 | 39 | Supplement Filed by Jaime Dowell on behalf of City Of Chicago (RE: 33 Response, 34 Response). (Attachments: # 1 Exhibit) (Dowell, Jaime) (Entered: 06/02/2021) |
| 06/03/2021 | 40 | Supplemental Brief in Support to (related document(s): 27 Motion to Modify Plan, 28 Motion to Determine Amount of Secured/Priority Claim) Filed by Michael C Burr on behalf of Cherm Nelson (Burr, Michael) (Entered: 06/03/2021) |
| 07/01/2021 | 41 | Order Modifying Chapter 13 Plan (RE: 2 Chapter 13 Plan/Amended Plan, 27 Motion to Modify Plan) and Order Granting Motion to Determine Amount of Secured Claim 1 (RE: 28). Signed on 7/1/2021 (Mendoza, Catherine) (Entered: 07/01/2021) |
| 07/13/2021 | 42 | Notice of Appeal to District Court. Filed by Jaime Dowell on behalf of City Of Chicago. Fee Amount $298 (RE: 41 Order Modifying Chapter 13 Plan). Appellant Designation due by 07/27/2021. Transmission of Record Due no later than 08/12/2021. (Attachments: # 1 Attachment # 2 Civil Cover Sheet)(Dowell, Jaime) (Entered: 07/13/2021) |
| 07/13/2021 | 43 | Notice of Filing Filed by Jaime Dowell on behalf of City Of Chicago (RE: 42 Notice of Appeal). (Dowell, Jaime) (Entered: 07/13/2021) |
| 07/13/2021 | 44 | Receipt of Cross Appeal Fee - $298.00 by BC. Receipt Number 3244304. Payment received from Dowell, Jaime on behalf of City Of Chicago Department Of. (register) Modified on 7/14/2021 (Poindexter, Haley). (Entered: 07/14/2021) |
| 07/13/2021 | 45 | Receipt Number 03244304, Fee Amount $298.00 by Dowell, Jaime(RE: 42 Notice of Appeal). (Poindexter, Haley) (Entered: 07/14/2021) |

| | | | |
|---|---|---|---|
| 07/14/2021 | | 46 | Receipt of Notice of Appeal( 18-16860) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 11111. Fee Amount $ 298.00 (Poindexter, Haley) (re:Doc# 42) (Poindexter) (Entered: 07/14/2021) |
| 07/14/2021 | | 47 | Certificate of Service (RE: 42 Notice of Appeal). (Myers, Melissa) (Entered: 07/14/2021) |